# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GORDON NEWMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-4445** |
| **WARDEN BURL CAIN** | **SECTION "J"(1)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

**X** a certificate of appealability shall not be issued for the following reason(s):

Defendant has failed to make a "substantial showing of the denial of a constitutional right." Defendant has failed to show that reasonable jurists could debate whether the motion should have been resolved in a different manner or that the issue presented were adequate to deserve encouragement to proceed further. See Order and Opinion date May 2nd, 2010.

New Orleans, Louisiana, this 2nd day of May , 2010.

_____
**UNITED STATES DISTRICT JUDGE**